FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2005 JUL -6  AM 7: 37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN RE: REQUEST FROM THE CZECH
REPUBLIC PURSUANT TO THE
TREATY BETWEEN THE
GOVERNMENT OF THE UNITED
STATES OF AMERICA AND THE
GOVERNMENT OF THE CZECH
REPUBLIC ON MUTUAL ASSISTANCE
IN CRIMINAL MATTERS OF PETR
MARECEK

Case No. 6:05-mc-54-Orl-22DAB

---

## ORDER

Upon the Court's consideration of the United States' Notice of Completion of Commission (Doc. 6), filed June 16, 2005, it is ORDERED that the Clerk shall close this case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 5, 2005.

JOHN ANTOON II
United States District Judge
(Signed in the absence of District Judge
Anne C. Conway)

Copies furnished to:
Counsel of Record
Unrepresented Party